CO-386-online
10/03

# United States District Court
# For the District of Columbia

SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006

           vs    Plaintiff

OFFICE OF THE UNITED STATES TRADE
REPRESENTATIVE
600 17th Street, N.W.
Washington, D.C. 20508

           Defendant

Case: 1:08-cv-00782
Assigned To : Robertson, James
Assign. Date : 5/6/2008
Description: FOIA/Privacy Act

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for   Saltman & Stevens, P.C.   certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of   Saltman & Stevens, P.C.   which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

D.C. Bar No. 191510
BAR IDENTIFICATION NO.

Alan I. Saltman
Print Name

1801 K Street, N.W., Suite M-110
Address

Washington, D.C. 20006
City    State    Zip Code

202-452-2140
Phone Number