UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALTMAN & STEVENS, P.C.,<br>1801 K STREET, N.W.<br>SUITE M-110<br>WASHINGTON, D.C.  20006,<br><br>     Plaintiff,<br><br>     v.<br><br>OFFICE OF THE UNITED STATES<br>   TRADE REPRESENTATIVE,<br>600 17TH STREET, N.W.<br>WASHINGTON, D.C.  20508,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-0782 (JR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Vanessa R. Brinkmann as principal counsel for defendant in the above-captioned civil action.

Dated:  May 29, 2008

/s/
VANESSA R. BRINKMANN
Attorney-Advisor
United States Department of Justice
Office of Information and Privacy
1425 New York Ave., N.W., Suite 11050
Washington, D.C.  20530-0001
(202) 616-5462

Counsel for Defendant