UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALTMAN & STEVENS, P.C., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-0782 (JR) |
| OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, | ) |
| Defendant. | ) |

ANSWER

Defendant, by its undersigned attorneys, hereby answers as follows:

FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

SECOND DEFENSE

In response to the numbered paragraphs of the Complaint, defendant admits, denies, or otherwise avers as follows:

1. This paragraph consists of plaintiff's characterization of the action, which does not require an answer, but insofar as an answer may be deemed required, deny.

2. This paragraph consists of plaintiff's allegation regarding jurisdiction, which does not require an answer, but insofar as an answer may be deemed required, deny.

3. First sentence: Deny, for lack of knowledge or information sufficient to form a belief as to the truth of the allegations. Second sentence: Deny, except to aver that Saltman & Stevens, P.C. made a request to defendant for certain records.

-2-

4. Deny, except to aver that the Office of the United States Trade Representative (OUSTR) is subject to the Freedom of Information Act (FOIA) in this case and maintains certain records to which plaintiff seeks access.

5. The allegations contained in this paragraph are denied, except to aver receipt of a letter from plaintiff dated February 25, 2008, to which the Court is respectfully referred for a complete and accurate statement of its contents.

6. Defendant admits the allegations contained in this paragraph.

7. This paragraph contains plaintiff's characterization and description of various subsections of 15 C.F.R. § 2004.8, to which no answer is required, but insofar as one is deemed required, deny, and the Court is respectfully referred to that provision and the particular subsections for an accurate and complete statement of their contents.

8. Deny, and aver that OUSTR has no record of receiving an e-mail from plaintiff, but has communicated with plaintiff's associate by telephone on February 26, 2008 and on at least one other occasion.

9. Deny and aver that OUSTR is continuing to process plaintiff's FOIA request and has not yet processed all records for release to plaintiff.

10. This paragraph contains plaintiff's characterization and description of 15 C.F.R. § 2004.7(d), to which no answer is required, but insofar as one is deemed required, deny, and the Court is respectfully referred to that provision for an accurate and complete statement of its contents.

11. Deny, as conclusions of law.

-3-

Plaintiff's final, unnumbered paragraph of the Complaint consists of plaintiff's prayers for relief, which do not require answers, but insofar as answers may be deemed required, deny.

Each and every allegation not heretofore expressly admitted or denied is denied.

Defendant denies that plaintiff is entitled to the relief prayed for or to any relief whatsoever.

WHEREFORE, defendant, having fully answered, respectfully asks that this action be dismissed with prejudice and that defendant be granted its costs.

                         Respectfully submitted,

                         JEFFREY A. TAYLOR
                         (D.C. Bar #498610)
                         United States Attorney

                         RUDOLPH CONTRERAS
                         (D.C. Bar #434122)
                         Assistant United States Attorney

                         /s/

Dated: June 11, 2008          VANESSA R. BRINKMANN
                         Attorney-Advisor
                         United States Department of Justice
                         Office of Information and Privacy
                         1425 New York Ave., N.W., Suite 11050
                         Washington, D.C. 20530-0001
                         (202) 616-5462

                         Counsel for Defendant