# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALTMAN & STEVENS, P.C.,<br>1801 K Street, N.W.<br>Suite M-110<br>Washington, D.C. 20006,<br><br>   Plaintiff,<br><br>  v.<br><br>OFFICE OF THE UNITED STATES TRADE<br>REPRESENTATIVE<br>600 17th Street, N.W.<br>Washington, D.C.  20508<br><br>   Defendant. | Civil Action No. 08-0782 (JR) |

## PLAINTIFFS' PROPOSED BRIEFING SCHEDULE

  A Joint Schedule has been agreed to and will be submitted to the Court under separate cover by the parties as to processing the responsive documents.  However, plaintiff and defendant have been unable to agree to a Joint Briefing Schedule at this time, hence plaintiff submits its own proposed Briefing Schedule.

  Plaintiff commenced this action on May 6, 2008, pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 (2006), amended by OPEN Government Act of 2007, Pub. L. No. 110-117, 121 Stat. 2524, seeking access to certain records of the Office of the United States Trade Representative ("USTR") pertaining to the Softwood Lumber Agreement between the

1

Government of Canada and the Government of the United States.  See Plaintiff's Complaint filed May 6, 2008.  Defendant filed its Answer on June 11, 2008.  See Defendant's Answer.

Pursuant to a July 2, 2008 status conference, the Court ordered defendant to complete its search for and initial review of records responsive to plaintiff's FOIA request and to provide plaintiff with an interim response by August 8, 2008.  The parties were also ordered to file a proposed processing schedule for the documents requested as well as a briefing schedule by August 15, 2008.  At this time, plaintiff and defendant are unable to agree to a joint briefing schedule due to defendant's scheduling conflict.

On August 6, 2008, two days prior to defendant's due date for completing its interim response, defendant requested a conference call with plaintiff to further clarify and reduce the scope of the request.  Plaintiff agreed to further modify and clarify its request.  On August 8, 2008, defendant sent a letter to plaintiff notifying them that a total of five documents, consisting of a total of 14 pages, were responsive.  Plaintiff then had to request that defendant further describe the nature of the documents as they provided no additional information regarding the responsive documents.  On August 12, 2008, defendant provided plaintiff with a document index describing the responsive documents in more detail.

Defendant e-mailed plaintiff on August 13, 2008 to propose a processing schedule in which defendant agreed to produce either the responsive documents or a draft Vaughn index on September 5, 2008.  Additionally, defendant proposes that, if possible, the parties narrow the issues to be briefed by September 12, 2008.  In the e-mail, defendant's counsel, Ms. Brinkmann,

notified plaintiff that she is going to be out of the office from September 25, 2008 through October 27, 2008. As such, she proposed that she file her initial brief on November 14, 2008 after she returns from her trip.

Plaintiff believes that this proposed briefing schedule is unreasonable given the length of time it has been awaiting these documents from USTR and the few responsive documents involved. As such, plaintiff proposes the following schedule:

(1) Defendant file its initial brief on September 24, 2008. (This should provide defendant with ample time to file its initial brief);

(2) Plaintiff file its response to the government's brief on October 8, 2008; and

(3) Defendant file its reply brief on November 14, 2008 (to allow for Ms. Brinkmann's personal travel plans).

        Respectfully submitted,

        s/Alan I. Saltman
        (D.C. Bar No. 191510)
        SALTMAN & STEVENS, P.C.
        1801 K Street, N.W.
        Suite M-110
        Washington, D.C. 20006
        (202) 452-2140

        Counsel for Plaintiff

Dated: August 15, 2008

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SALTMAN & STEVENS, P.C., ) <br> 1801 K Street, N.W. ) <br> Suite M-110 ) <br> Washington, D.C. 20006, ) <br>　　　　　　　　　　　　　　　　) <br>　　　　　Plaintiff, ) <br>　　　　　　　　　　　　　　　　) <br>　　v. ) <br>　　　　　　　　　　　　　　　　) <br> OFFICE OF THE UNITED STATES TRADE ) <br> REPRESENTATIVE ) <br> 600 17th Street, N.W. ) <br> Washington, D.C. 20508 ) <br>　　　　　　　　　　　　　　　　) <br>　　　　　Defendant. ) <br> _____) | Civil Action No. 08-0782 (JR) |

**ORDER**

Upon consideration of plaintiff's Proposed Processing and Briefing Schedule, it is hereby

ORDERED that defendant shall complete its processing of plaintiff's FOIA request and provide plaintiff with a final response to its request and a draft <u>Vaughn</u> index for any withheld documents by September 5, 2008;

ORDERED that the parties confer and advise the Court as to the remaining issues to be resolved before the Court on September 12, 2008; and

ORDERED that defendant file its motion for summary judgment by September 24, 2008. Plaintiff shall file its opposition by October 8, 2008. Defendant shall file its reply by November 14, 2008.

Dated:_____     _____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE