UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALTMAN & STEVENS, P.C., | ) |
|    Plaintiff, | ) |
| v. | ) Civil Action No. 08-0782 (JR) |
| OFFICE OF THE UNITED STATES<br>  TRADE REPRESENTATIVE, | ) |
|    Defendant. | ) |

JOINT PROPOSED RECORDS PROCESSING SCHEDULE

Plaintiff commenced this action on May 6, 2008, pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552 (2006), amended by OPEN Government Act of 2007, Pub. L. No. 110-175, 121 Stat. 2524, seeking access to certain records of the Office of the United States Trade Representative pertaining to the Softwood Lumber Agreement between the Government of Canada and the Government of the United States.  (See Pl.'s Compl., filed May 6, 2008.) Defendant filed its Answer on June 11, 2008.  (See Def.'s Ans., filed June 11, 2008.)

Pursuant to a July 2, 2008 status conference, the Court ordered the defendant to complete its search for and initial review of records responsive to plaintiff's FOIA request and to provide plaintiff with an interim response by August 8, 2008.  The Court also ordered the parties to file a proposed schedule to govern future proceedings; specifically, the Court directed the parties to submit both a schedule to complete the processing of plaintiff's request and a briefing schedule by August 15, 2008.  In accordance with the Court's July 2, 2008 order, defendant completed its records search and initial review of the records located, and provided an interim response to plaintiff on August 8, 2008.

-2-

As ordered by the Court on July 2, 2008, counsel for plaintiff and defendant have conferred with respect to both the schedule for the remaining processing of plaintiff's request and the subsequent briefing by the parties. Counsel for plaintiff and defendant have agreed to a processing schedule, but are unable to agree to a briefing schedule. Accordingly, counsel for plaintiff and defendant are each filing separate proposed briefing schedules. As to the processing schedule, counsel for plaintiff and defendant respectfully propose, subject to the approval of the Court, that: defendant would complete its processing of plaintiff's FOIA request, provide plaintiff with a final response to its request, and with a draft <u>Vaughn</u> index for any withheld documents by September 5, 2008; and parties would then confer and advise the Court as to the

-3-

remaining issues to be resolved in a joint status report on September 12, 2008. A proposed order is submitted herewith.

                                                Respectfully submitted,

| | |
|---|---|
| ALAN I. SALTMAN | JEFFREY A. TAYLOR |
| (D.C. Bar #191510) | (D.C. Bar #498610) |
| Saltman & Stevens, P.C. | United States Attorney |
| 1801 K Street, N.W., Suite M-100 | |
| Washington, D.C. 20006 | |
| (202) 452-2140 | |
| | |
| Counsel for Plaintiff | RUDOLPH CONTRERAS |
| | (D.C. Bar #434122) |
| | Assistant United States Attorney |
| | |
| | /s/ |
| Dated: August 15, 2008 | VANESSA R. BRINKMANN |
| | Attorney-Advisor |
| | United States Department of Justice |
| | Office of Information and Privacy |
| | 1425 New York Ave., N.W., Suite 11050 |
| | Washington, D.C. 20530-0001 |
| | (202) 616-5462 |
| | |
| | Counsel for Defendant |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALTMAN & STEVENS, P.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0782 (JR) |
| ) | |
| OFFICE OF THE UNITED STATES ) | |
| TRADE REPRESENTATIVE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER

Upon consideration of the parties' Joint Proposed Records Processing Schedule, it is by the Court this _____ day of _____ 2008,

ORDERED that defendant shall complete its processing of plaintiff's FOIA request and provide plaintiff with a final response to its request and with a draft <u>Vaughn</u> index for any withheld documents by September 5, 2008; and the parties shall then confer and advise the Court as to the remaining issues to be resolved in a joint status report on September 12, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Alan I. Saltman
Saltman & Stevens, P.C.
1801 K Street, N.W.
Suite M-100
Washington, D.C. 20006

Vanessa R. Brinkmann
Attorney-Advisor
United States Department of Justice
Office of Information and Privacy
1425 New York Ave., N.W., Suite 11050
Washington, D.C. 20530-0001