UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALTMAN & STEVENS, P.C., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-0782 (JR) |
| OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, | ) |
| Defendant. | ) |

### DEFENDANT'S PROPOSED BRIEFING SCHEDULE

Plaintiff commenced this action on May 6, 2008, pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552 (2006), amended by OPEN Government Act of 2007, Pub. L. No. 110-175, 121 Stat. 2524, seeking access to certain records of the Office of the United States Trade Representative pertaining to the Softwood Lumber Agreement between the Government of Canada and the Government of the United States.  (See Pl.'s Compl., filed May 6, 2008.) Defendant filed its Answer on June 11, 2008.  (See Def.'s Ans., filed June 11, 2008.)

Pursuant to a July 2, 2008 status conference, the Court ordered the defendant to complete its search for and initial review of records responsive to plaintiff's FOIA request and to provide plaintiff with an interim response by August 8, 2008.  The Court also ordered the parties to file a proposed schedule to govern future proceedings; specifically, the Court directed the parties to submit both a schedule to complete the processing of plaintiff's request and a briefing schedule by August 15, 2008.  In accordance with the Court's July 2, 2008 order, defendant completed its records search and initial review of the records located, and provided an interim response to plaintiff on August 8, 2008.

-2-

While defendant conducted its initial review of the records located pursuant to its search, defendant's counsel contacted plaintiff's counsel in an effort to cooperatively narrow the issues before the Court. Accordingly, the parties conferred on August 6 and 7, 2008 regarding the scope of plaintiff's request. As a result of those discussions, plaintiff narrowed the scope of its request and the parties were able to significantly reduce the number of records at issue from thousands of potentially responsive pages to fourteen potentially responsive pages.

In a further effort to narrow the issues, defendant provided plaintiff with a preliminary document index of the potentially responsive records. This preliminary document index was provided to plaintiff on August 12, 2008, so that plaintiff would have an opportunity to review the material located and identify the records responsive to its request, and thereby ensure that the further handling of plaintiff's request would proceed in the most efficient manner possible. At this time, the parties continue to discuss what issues remain in contention and have agreed to advise the Court of the remaining issues to be resolved, if any, in a joint status report on September 12, 2008.

As ordered by the Court on July 2, 2008, counsel for plaintiff and defendant have conferred with respect to both a schedule for the remaining processing of plaintiff's request and a schedule for the subsequent briefing by the parties. Counsel for plaintiff and defendant have agreed to a processing schedule (See Joint Proposed Records Processing Schedule, filed Aug. 15, 2008), but are unable to agree to a briefing schedule. Plaintiff has proposed that defendant be ordered to file its motion for summary judgment on September 24, 2008, twelve calendar days after the date the parties have agreed upon for the final identification of the issues still in contention. However, defendant's counsel has a full legal calendar during this brief twelve-day window, and will then be out of the office on domestic and international travel between

-3-

September 25 and October 27, 2008. Further, while plaintiff and defendant have agreed to reduce the number of pages in contention, the issues in contention have not yet been reduced; consequently, the legal bases for any records withheld by defendant, regardless of the volume, would still require sufficient time to fully defend in the motion for summary judgment. Accordingly, defendant respectfully proposes, subject to the approval of the Court, that: defendant would file its motion for summary judgment by November 14, 2008; plaintiff would file its opposition by November 28, 2009; and defendant would file its reply, if any, by December 5, 2008. Defendant respectfully suggests that this proposed briefing schedule will not materially delay the adjudication of this case. A proposed scheduling order is submitted herewith.

Respectfully submitted,

_____
JEFFREY A. TAYLOR
(D.C. Bar #498610)
United States Attorney


_____
RUDOLPH CONTRERAS
(D.C. Bar #434122)
Assistant United States Attorney


Dated: August 15, 2008

_____/s/_____
VANESSA R. BRINKMANN
Attorney-Advisor
United States Department of Justice
Office of Information and Privacy
1425 New York Ave., N.W., Suite 11050
Washington, D.C. 20530-0001
(202) 616-5462

Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALTMAN & STEVENS, P.C., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 08-0782 (JR) ) |
| OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, | ) ) ) |
| Defendant. | ) ) |

ORDER

Upon consideration of the parties' Joint Proposed Records Processing Schedule, it is by the Court this _____ day of _____ 2008,

ORDERED that defendant shall complete its processing of plaintiff's FOIA request and provide plaintiff with a final response to its request and with a draft <u>Vaughn</u> index for any withheld documents by September 5, 2008; and the parties shall then confer and advise the Court as to the remaining issues to be resolved in a joint status report on September 12, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Alan I. Saltman
Saltman & Stevens, P.C.
1801 K Street, N.W.
Suite M-100
Washington, D.C.  20006

Vanessa R. Brinkmann
Attorney-Advisor
United States Department of Justice
Office of Information and Privacy
1425 New York Ave., N.W., Suite 11050
Washington, D.C.  20530-0001