UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
SALTMAN & STEVENS, P.C.,          :
                                  :
        Plaintiff,                :
                                  :
    v.                            :  Civil Action No. 08-0782 (JR)
                                  :
OFFICE OF THE UNITED STATES       :
TRADE REPRESENTATIVE,             :
                                  :
        Defendant.                :
```

### ORDER

Upon consideration of plaintiff's proposed processing and briefing schedule [6], it is

**ORDERED** that defendant shall complete its processing of plaintiff's FOIA request and provide plaintiff with a final response to its request and a draft Vaughn index for any withheld documents by September 5, 2008; it is

**FURTHER ORDERED** that the parties confer and advise the Court as to the remaining issues to be resolved before the Court on September 12, 2008; and it is

**FURTHER ORDERED** that defendant file its motion for summary judgment by November 14, 2008. Plaintiff shall file its opposition by November 28, 2008. Defendant shall file its reply by December 5, 2008.

JAMES ROBERTSON
United States District Judge